UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL MCCULLOUGH,

                     Plaintiff,

       -against-

WESTCHESTER COUNTY DEPARTMENT
OF CORRECTIONS,

                     Defendant.

24cv3511 (LTS)

CIVIL JUDGMENT

For the reasons stated in the July 16, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    July 18, 2024
            New York, New York

                          /s/ Laura Taylor Swain
                          LAURA TAYLOR SWAIN
                  Chief United States District Judge